**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHIRLEY SMITH,
Guardian and Next Friend of S.S., a Minor,[1]

Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.*,

Defendants.

Civil Action No. 07-0186 (RWR)

**DEFENDANTS' MOTION TO DISMISS**

The Defendants District of Columbia and Superintendent Clifford Janey, by counsel, respectfully move this Court to dismiss the present Complaint for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1).

This case is an appeal of a District of Columbia Public Schools administrative hearing officer's decision, issued pursuant to the Individuals with Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. §§1400 *et seq*. Because the IDEIA provides a 90-day limitations period for such actions, and since the Complaint herein was not filed within that 90-day period, the Defendants request that this Court dismiss the Complaint with prejudice.

The reasons for this motion are set forth in the accompanying memorandum of points and authorities. A proposed order is also submitted herewith.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

[1] The minor will be referred to only by his initials, S.S., pursuant to LCvR 5.4(f)(2).

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

June 5, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHIRLEY SMITH,
Guardian and Next Friend of S.S., a Minor,

Plaintiff,

v.

DISTRICT OF COLUMBIA,
A municipal corporation, *et al*.,

Defendants.

Civil Action No.07-0186 (RWR)

**MEMORANDUM OF POINTS AND AUTHORITIES IN**
**SUPPORT OF THE DEFENDANTS' MOTION TO DISMISS**

The Plaintiff brought this action to challenge a hearing officer's final decision in an administrative proceeding under the Individuals with Disabilities Education Improvement Act ("IDEIA") of 2004, 20 U.S.C. §§ 1400 *et seq*. The administrative decision in question here was issued on October 27, 2006, and the present Complaint seeking review of that decision was filed with this Court on January 29, 2007, 94 days later. See Complaint, at p. 4, ¶ 13.

The IDEIA provides that:

> The party bringing the action [for judicial review of a hearing officer's decision] shall have *90 days from the date of the decision of the hearing officer* to bring such an action, or, if the State has an explicit time limitation for bringing such action under this part [20 U.S.C. §§ 1411 *et seq*.], in such time as the State law allows.

20 U.S.C. § 1415(i)(2)(B) (Emphasis added). Because the District of Columbia does not have an explicit time limitation, the 90-day deadline applies. See T.T. v. District of

Columbia, Civil Action No. 06-0207 (D.D.C. June 26, 2006) (Bates, J.), 2006 U.S. Dist. LEXIS 42739, *7-8.

Therefore, the appeal should have been filed on or before January 25, 2007. Because the appeal was filed four days late, on January 29, 2007, this Court lacks jurisdiction to hear the Complaint. See R.P. v. District of Columbia, 474 F. Supp. 2d 152 (D.D.C. 2007).[2]

Given that the Plaintiff has failed to timely file her appeal, this Court lacks subject matter jurisdiction to hear the claims presented and must dismiss the Complaint.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
Sixth Floor South
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

[2] This case has been appealed. See R.P. v. District of Columbia, 07-7051 (D.C. Cir.).

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHIRLEY SMITH,
Guardian and Next Friend of S.S., a Minor,

Plaintiff,

v.

DISTRICT OF COLUMBIA,
A municipal corporation, *et al.*,

Defendants.

Civil Action No. 07-0186 (RWR)

**ORDER**

Upon consideration of the Defendants' Motion to Dismiss, any opposition and reply thereto, and the record herein, it is, on this ___ day of ____________, 2007:

1. **ORDERED**, that the Defendants' Motion to Dismiss is **GRANTED**; and it is
2. **FURTHER ORDERED**, that the Complaint herein is **DISMISSED WITH PREJUDICE**.

_________________________________
United States District Judge Richard W. Roberts