UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**SHIRLEY SMITH, et al.**,          )
                                    )
       Plaintiffs,            )
                                    )
       v.                      )   Civil Action No. 07-186 (RWR)
                                    )
**DISTRICT OF COLUMBIA, et al.**,   )
                                    )
       Defendants.            )
_____)

**ORDER**

    For the reasons stated in the accompanying Memorandum Opinion, it is hereby

    ORDERED that defendants' motion [2] to dismiss be, and hereby is, GRANTED.

    This is a final, appealable order.

    SIGNED this 30th day of July, 2007

                                          /s/
                               RICHARD W. ROBERTS
                               United States District Judge